

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00042-CR

_____

ALESHA DAWN KELLER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Hunt County, Texas
Trial Court No. CR1200591

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Alesha Dawn Keller appeals from her conviction of driving while intoxicated. Her notice of appeal was timely filed March 4, 2013. The clerk's record was filed April 5, and the reporter's record was filed April 26, 2013, making the appellant's brief due May 28. Counsel is appointed.

Appellate counsel filed two motions to extend the briefing deadline which were granted, leaving a due date of July 19, with a notation that no more extensions would be granted. Counsel then filed another request for extension. We denied that motion and ordered the brief filed on or before August 30, 2013. The brief has not been filed, and counsel has not again contacted this Court.

Because the brief has not been filed and because we have heard nothing further from appellant's counsel, we abate this case to the trial court pursuant to Rule 38.8(b) of the Texas Rules of Appellate Procedure for a hearing to determine why counsel has not filed the brief, whether the brief can be promptly filed with this Court, whether Keller desires to prosecute her appeal, and whether she is indigent. *See* TEX. R. APP. P. 38.8(b)(2). The hearing is to be conducted within fifteen days of the date of this order. The trial court may also address other matters as it deems appropriate, including appointing different counsel for appellant, if necessary.

The trial court's findings and recommendations on the issues set forth above shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within fifteen days of the date of the hearing. *See* TEX. R. APP. P. 38.8(b)(3). The

reporter's record of the hearing shall also be filed with this Court in the form of a supplemental reporter's record within fifteen days of the date of the hearing. *See id.*

All appellate timetables are stayed and will resume on our receipt of (1) the appellant's brief or (2) the supplemental appellate record.

IT IS SO ORDERED.


BY THE COURT

Date:   September 12, 2013